### 31867. SADDLEWOOD, INC. et al. v. EAGLE SERVICE CORPORATION et al.

PER CURIAM.

Appellants have failed to show that the trial court erred in refusing to enjoin appellees from suing appellants upon a promissory note in the State Court of DeKalb County.

*Judgment affirmed. All the Justices concur.*

ARGUED JANUARY 24, 1977 — DECIDED MARCH 9, 1977.

*Somers, Altenbach & Rawlins, David D. Rawlins, John W. Gibson,* for appellants.

*Alford & Hamilton, Walter C. Alford,* for appellees.